**Entered on Docket**
**November 07, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed: November 07, 2008**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                      No. 08-41296 T
                                           Chapter 11
QUAIL LAKE ESTATES ASSOCIATES,
L.P., etc.,

    Debtor-in-Possession.
_____/

**MEMORANDUM RE SECOND AMENDED PLAN**

The Court has reviewed the debtor's Second Amended Plan and the Declaration of Thomas C. Dashiell, with attachments. The Court finds the Second Amended Plan (the "Plan") legally adequate. The Declaration of Thomas C. Dashiell and attachments also appear to present adequate evidence of feasibility to justify reconvening the confirmation hearing. However, to confirm the Plan, the Court will require evidence to be presented at the hearing that IMC has received commitments from investors for the $1.2 million loan.

Because the Plan proposes to treat general, unsecured creditors better than the First Amended Plan did, the Court concludes that votes need not be resolicited. If Bankfirst is satisfied with the Second Amended Plan, it should file a withdrawal of its objection to

confirmation promptly. However, assuming Bankfirst still objects to confirmation, the reconvened evidentiary hearing should be conducted without delay. The Court has asked its calendar clerk to contact the parties to schedule the reconvened hearing.

END OF DOCUMENT

COURT SERVICE LIST

James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd. #250
Lafayette, CA 94549-3775

David M. Wiseblood
Seyfarth Shaw LLP
560 Mission St., Ste. 3100
San Francisco, CA 94105-2930